UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: )
 )
REGINALD LEVERN DAVIS, )
 ) Case No. 19-40669-KKS
 Debtor(s). )
 ) Chapter 7
_____)

**UNITED STATES TRUSTEE'S MOTION OBJECTING TO**
**DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)**
**AND MEMORANDUM OF LAW**

**NOTICE OF OPPORTUNITY**

**TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file your objection or response electronically with the clerk of the Court or by mail at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on movant's attorney, Charles F. Edwards, Office of the United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL, 32301, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW NANCY J. GARGULA**, United States Trustee for Region 21, pursuant to 11 U.S.C. § 727(a)(8), and moves for the entry of an order granting her objection to the entry of a chapter 7 discharge for the Debtor in the above-styled case and states:

### RELEVANT FACTS

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on December 20, 2019.

2. The Debtor was granted a discharge under Section 727 of the Bankruptcy Code "in a case commenced within 8 years before the date of the filing of the petition" in the present case. The present case was filed on December 20, 2019, which is within 8 years from the commencement of a prior chapter 7 case. The Debtor previously filed a chapter 7 petition in the Northern District of Florida, case number 13-40422, on July 8, 2013. The Debtor received a discharge in that case on October 7, 2013.

### ARGUMENT & MEMORANDUM OF LAW

1. 11 U.S.C. §727(a) provides that:

The court shall grant the debtor a discharge, unless —

> (8) the debtor has been granted a discharge under this section..........in a case commenced within 8 years before the date of the filing of the petition;

2. F.R.B.P. 4004(d) provides that:

An objection to discharge is governed by Part VII of these rules, except that an objection to discharge under §§ 727(a)(8), (a)(9), or 1328(f) is commenced by motion and governed by Rule 9014.

3. Based on the entry of a chapter 7 discharge in a case commenced within 8 years of the present case, the Debtor is not entitled to the entry of a discharge order in this case.

WHEREFORE, the United States Trustee moves for the entry of an order granting her objection to the entry of a chapter 7 discharge for the Debtor without prejudice for the Debtor to seek a discharge after the expiration of the eight year time period set forth in 11 U.S.C. Section 727(a)(8).

Respectfully submitted, this the 31st day of December, 2019.

**NANCY J. GARGULA**
**United States Trustee**
Region 21

/s/ CHARLES F. EDWARDS
Charles F. Edwards
Assistant United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-942-1661
FAX: 850-942-1669
Florida Bar No. 270032
charles.edwards@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Motion Objecting to Discharge, together with all exhibits and attachments thereto, if any, will be furnished by U.S. Mail first class postage prepaid to: Reginald Levern Davis, 9580 Sand Dollar Ln, Tallahassee, FL 32317-6700; Leighanne Boone, Esq., 207 West Park Ave., Suite A, Tallahassee, FL 32301; and, Sherry F. Chancellor, Esq., Trustee, 619 West Chase Street, Pensacola, FL 32502, on the 31st day of December, 2019.

/s/ CHARLES F. EDWARDS
Charles F. Edwards